# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0761. LAZANDRA DARDY v. MACON HOUSING AUTHORITY.**

On September 13, 2018, this Court issued an order granting Lazandra Dardy's application for discretionary appeal in accordance with OCGA § 5-6-35 (j). The order notified Dardy that she had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g). Dardy, however, did not file her notice of appeal until 13 days later on September 26, 2018. The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988).  Because Dardy failed to file her notice of appeal within ten days of our order granting her discretionary application, her notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See id. at 557; OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/09/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*